# GOLDBERG WEPRIN FINKEL GOLDSTEIN LLP

**ATTORNEYS AT LAW**
**125 PARK AVENUE**
**12TH FLOOR**
**NEW YORK, N. Y. 10017**
**(212) 221-5700**
**TELECOPIER (212) 730-4518**

ANDREW W. ALBSTEIN*
STEVEN R. UFFNER
KEVIN J. NASH
IRIS A. ALBSTEIN
BARRY E. ZWEIGBAUM
DOUGLAS TAUS
ROBERT W. LO SCHIAVO*
ELIZABETH SMITH* †
KATHARINE M. FINCH◊
MATTHEW E. HEARLE
AUBREY E. RICCARDI
ANTHONY J. SCHLUR
DANIEL J. SLATZ
STEWART A. WOLF*
YAN LAURENCY
ERIK ZARATIN◊

J. TED DONOVAN
SERGIO J. TUERO*
JAY E. SIMENS
BRIAN W. KEMPER
ERICA D. VITANZA*
M. BRIAN CRONK
JESSICA L. SPRAGUE°
NEIL I. ALBSTEIN*
JARED STEINBERG♦
ELLIOT FINK
CYNTHIA M. ALBSTEIN
AMANDA ZIFCHAK

ARNOLD I. MAZEL
HARVEY GOLDSTEIN
BENJAMIN C. KIRSCHENBAUM
ROBERT KANDEL
ROBERT F. LINER
(OF COUNSEL)

EMANUEL GOLDBERG (1904 - 1988)
JACK WEPRIN (1930 - 1996)
BENJAMIN FINKEL (1905 - 1986)

\* ALSO MEMBER OF NEW JERSEY BAR
† ALSO MEMBER OF MASSACHUSETTS BAR
◊ALSO MEMBER OF CONNECTICUT BAR
° ALSO MEMBER OF CALIFORNIA BAR
∞ALSO MEMBER OF FLORIDA BAR
♦MEMBER OF OHIO AND PENNSYLVANIA BARS ONLY

J. Ted Donovan, Esq.
(212) 221-5700
tdonovan@gwfglaw.com

August 13, 2026

*Via ECF*
Hon. Elizabeth Stong
U.S. Bankruptcy Court
271 Cadman Plaza East
Brooklyn, NY 11201

Re:  Clinton Associates LLC    Case No. 26-43653-ess
     Liberty Ventures LLC      Case No. 26-43654-ess

Dear Judge Stong:

This will confirm that all matters in the above referenced proceedings that were scheduled to be heard on August 14, 2026 at 2:30 p.m. will be heard at 10:30 a.m.instead.

Respectfully,

*/s/ J. Ted Donovan, Esq.*